UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                                                           Chapter 7
                                                                                                 Case No. 812-74600-reg
AHRON BERLIN,

                                    Debtor.
-----------------------------------------------------------------x
ELLIOT ZARETSKY, SHIRLEY ZARETSKY,
HAROLD ZARETSKY, and MAXI-AIDS, INC.,                        Adv. Proc. No. 812-8371-reg

                                    Plaintiffs,
vs.

AHRON BERLIN,

                                    Defendant.
-----------------------------------------------------------------x

## **ORDER DENYING APPLICATION FOR EXPEDITED HEARING**

      Upon the application ("Application") by the Defendant, Ahron Berlin, dated October 30, 2013, seeking to limit the scope of the trial in the instant adversary proceeding and bar the presentation of certain evidence at trial, and upon the Defendant's proposed order to show cause scheduling the Application for hearing on November 5, 2013, the trial date on this matter; it is hereby

      ORDERED, that the Court declines to schedule the Application on shortened notice. The Application will not be heard on November 5, 2013 and the trial will commence at 10:00 a.m. on November 5, 2013 as originally scheduled before the Honorable Robert E. Grossman, Bankruptcy Judge, in Courtroom 860 at the United States Bankruptcy Court located at 290 Federal Plaza, Alfonse M. D'Amato Federal Courthouse, Central Islip, NY 11722.



**Dated: Central Islip, New York**                                   /s/ Robert E. Grossman
       **October 31, 2013**                                                  **Robert E. Grossman**
                                                                                     **United States Bankruptcy Judge**