UNITED STATES BANKRUPTCY   COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x       Case No.: 12-74600-reg

In Re:                                                         Chapter 7

AHRON BERLIN

                              Debtor.

-------------------------------------------------------x

ELLIOT ZARETSKY, HAROLD ZARETSKY,
SHIRLEY ZARETSKY AND MAXI-AIDES, INC.

                              Plaintiffs.        Adv. Pro. No.: 12-08371-reg

        -against-

AHRON BERLIN,

                              Defendant.

-------------------------------------------------------x

APPELLANT'S DESIGNATION OF RECORD AND
STATEMENT OF ISSUES ON APPEAL

On November 20, 2014 a Notice of Appeal to District Court was Filed by Ahron Berlin

from a decision and order issued on November 7, 2014. The undersigned appellant

respectfully requests that the record on this appeal include the following items and

issues (as well as all exhibits attached thereto):


1)      **(Dkt. No. 1)**   Complaint *Filed & Entered:* 09/24/2012

*Docket Text: Filed & Entered* 09/24/2012 Complaint Adversary case 8-12-08371. Complaint

by Elliot Zaretsky against Ahron Berlin. Fee Amount $293. Nature(s) of Suit: (68

(Dischargeability - 523(a)(6), willful and malicious injury)). (Attachments: # (1) Exhibit A

part 1# (2) Exhibit A part 2# (3) Exhibit B# (4) Exhibit C# (5) Exhibit D# (6) Exhibit E# (7)

Exhibit F# (8) Exhibit G) (McAuliffe, Michael)

2) ( **Dkt. No. 2**) Summons and Notice of Pre-Trial Conference *Filed & Entered:* 09/25/2012
*Docket Text:* Summons and Notice of Pre-Trial Conference issued by Clerk's Office against Ahron Berlin Answer Due: 10/25/2012 Pre-Trial Conference set for 11/7/2012 at 09:30 AM at Courtroom 860 (Judge Grossman), CI, NY. (sap)

3) **(Dkt. No. 3 )** Affidavit/Certificate of Service Filed & Entered: 10/02/2012
*Docket Text:* Summons Service Executed on 10/2/12 Filed by Michael G McAuliffe on behalf of Elliot Zaretsky (RE: related document(s)! Complaint filed by Plaintiff Elliot Zaretsky, 2 Summons and Notice of Pre-Trial Conference (Auto)) (McAuliffe, Michael) Modified on 10/3/2012 (sld)

4) *(* **Dkt. No. 4**) Answer to Complaint    *Filed & Entered:* 10/24/2012
*Docket Text:* Answer to Complaint Filed by Ahron Berlin

5) **(Dkt. No. 6)** Motion For Summary Judgment    *Filed & Entered:* 05/30/2013
*Docket Text:* Motion For Summary Judgment Filed by Michael G McAuliffe on behalf of Elliot Zaretsky. Hearing scheduled for 6/26/2013 at 09:30 AM at Courtroom 860 (Judge Grossman), CI, NY. (Attachments: # 1 statement # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit D part 2 # 7 Exhibit E # 8 Exhibit F # 9 Exhibit G # K) Exhibit H # *U* Exhibit I # 12 Exhibit J # 13 Exhibit K # 14 Memorandum of Law # 15 Affidavit of Service) (McAuliffe, Michael)

6) (**t. No. 7** ) Letter of Adjournme    *Filed & Entered:* 05/31/2013
*Docket Text:* Letter of Adjournment: Hearing rescheduled from June 3, 2013 at 9:30 a.m. to June 26, 2013 at 9:30 a.m. Filed by Michael G McAuliffe on behalf of Elliot Zaretsky (McAuliffe, Michael). Related document(s) 2 Summons and Notice of Pre-Trial Conference (Auto). Modified on 6/3/2013 to add related document, (mtt)

7) **(Dkt. No. 8)** Letter    *Filed & Entered:* 06/05/2013

*Docket Text:* Letter Filed by Ahron Berlin (RE: related document(s)6 Motion for Summary Judgment filed by Plaintiff Elliot Zaretsky) (srm)

8)    **(Dkt. No. 9**) Letter              *Filed & Entered:* 06/11/2013

*Docket Text:* Letter *confirming adjournment, extension of time and deadlines to respond* Filed by Michael G McAuliffe on behalf of Elliot Zaretsky (RE: related document(s)6 Motion for Summary Judgment filed by Plaintiff Elliot Zaretsky) (McAuliffe, Michael)

9)    **(Dkt. No. 10)**    Motion for Summary Judgment        *Filed:*
06/25/2013 *Entered*  07/02/2013

*Docket Text:* Cross Motion For Summary Judgment *in favor of defendant and against plainitffs* Filed by Ahron Berlin (related document(s)6). Hearing scheduled for 7/22/2013 at 09:30 AM at Courtroom 860 (Judge Grossman), CI, NY. (Attachments: # i Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit) (dmc

10)    **(Dkt. No. 11)**    Memorandum of Law in Support    *Filed:* 06/25/2013
*Entered*  07/02/2013

*Docket Text:* Memorandum of Law in Support *in opposition to plaintiffs' motion and in support of defendant's motion.* Filed by Ahron Berlin (RE: related document(s)6 Motion for Summary Judgment filed by Plaintiff Elliot Zaretsky, K) Motion for Summary Judgment filed by Defendant Ahron Berlin) (dmc)

11)    **( Dkt. No. 12) REPLY**      *Filed& Entered :* 07/15/2013

*Docket Text:* Reply *Affirmation in Further Support and in Opposition* Filed by Michael G McAuliffe on behalf of Elliot Zaretsky (RE: related document(s)6 Motion for Summary Judgment filed by Plaintiff Elliot Zaretsky, 10 Motion for Summary Judgment filed by Defendant Ahron Berlin) (Attachments: # I Exhibit A # 2 Affidavit of Service) (McAuliffe, Michael)

12)    **(Dkt. No. 13)    Response**    *Filed& Entered :* 07/18/2013

*Docket Text:* Response *Memorandum in Support of Defendants' Cross-motion and in Opposition to Plaintiffs' Motion* Filed by Ahron Berlin (RE: related document(s) 10) Motion for Summary Judgment filed by Defendant Ahron Berlin, 11_ Memorandum of Law in Support filed by Defendant Ahron Berlin) (dhc)

13)    **(Dkt. No. 14 )    Pre-Trial Order**      Filed& Entered : 07/24/2013

*Docket Text:* Final Pre-Trial Order. A Trial will be held on 11/5/13 @ 10:00 am in
Courtroom 860, United States Bankruptcy Court, CI NY Signed on 7/24/2013 Joint Pre-
Trial Memorandum due by 10/29/2013. (sld)


14)    **(Dkt. No. 15)    Motion to Withdraw as Attorney**      *Filed &
Entered:*10/21/2014: *erminated:* 10/30/2013

*Docket Text:* Proposed Motion to Withdraw as Attorney *for Elliot Zaretsky, Harold
Zaretsky, Shirley Zaretsky and Maxi Aides, Inc.* Filed by Michael G McAuliffe on behalf
of Elliot Zaretsky. (Attachments: # I Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Proposed
Order) (McAuliffe, Michael)


15)    **(Dkt. No. 16 )    Order to Schedule Hearing**      Filed& Entered :
10//23/2013 (Generic)

*Docket Text:* Order to Show Cause for an Order Relieving the Law Offices of Michael G.
McAuliffe, Esq. as Counsel to Elliot Zaretsky, Harold Zaretsky, Shirley Zaretsky and Maxi-
Aides, Inc. (RE: related document(s)15 Motion to Withdraw as Attorney filed by Plaintiff
Elliot Zaretsky). Signed on 10/22/2013. Hearing scheduled for 10/28/2013 at 09:30 AM at
Courtroom 860 (Judge Grossman), CI, NY. (srm)


16)  **(Dkt. No. 18)    Response**      Filed& Entered : 10/23/2013

*Docket Text:* Response *withdrawing Michael G McAuliffe as attorney* Filed by Elliot Zaretsky
(RE: related document(s)16 Order to Schedule Hearing (Generic)) (amh)


17) . **(Dkt.No. 20) Affirmation in Opposition**      Filed& Entered : 10/25/2013

*Docket Text:* Affirmation in Opposition Filed by Ahron Berlin (RE: related document(s) 15

Motion to Withdraw as Attorney filed by Plaintiff Elliot Zaretsky, 16 Order to Schedule

Hearing  Generic)) (mem)


18) . **(Dkt.No. 21) Notice of Appearance**      Filed& Entered : 10/28/2013

*Docket Text:* Notice of Appearance and Request for Notice Filed by Michael A
Miranda on behalf of Elliot Zaretsky (Miranda, Michael)

19)    (Dkt. No. 22) Joint Pre-Trial Memorandum Filed& Entered : 10/29/2013
*Docket Text:* Joint Pre-Trial Memorandum Filed by Michael A Miranda on behalf of Maxi-Aids, Inc., Shirley Zaretsky, Harold Zaretsky, Elliot Zaretsky (RE: related document(s)14 Pre-Trial Order) (Miranda, Michael)

20) **(Dkt.No. 24) Order on Motion to Withdraw as Attorney**    Filed& Entered : 10/30/2013 *Docket Text:* Order Granting Motion for Michael G McAuliffe to Withdraw As Attorney for the the Zaretsky Parties. (Related Doc # 1_5) Signed on 10/30/2013. (sld)

21)    **(Dkt. No. 25)  Joint Pre-Trial Memorandum**    Filed& Entered : 10/30/2013

*Docket Text:* Defendant's Amended Pre-Trial Memorandum Filed by Ahron Berlin (cjm)

22) . **(Dkt  No. 26 )    Statement**    Filed& Entered : 10/30/2013

*Docket Text:* Pre-Trial Brief by Debtor/Defendant Ahron Berlin Filed by Ahron Berlin (cjm)

23) (Dkt. No. 27) Notice of Appearance Filed& Entered : 10/30/2013

*Docket Text:* Notice of Appearance and Request for Notice Filed by Robert Hewitt on behalf of Maxi-Aids, Inc., Elliot Zaretsky, Harold Zaretsky, Shirley Zaretsky (sld)

24) **(Dkt. No. 31)    Exhibit**    Filed& Entered : 11/01/2013
*Docket Text:* Exhibit B-F Filed by Ahron Berlin (RE: related document(s)26 Statement filed by Defendant Ahron Berlin) (amh)

25) **(Dkt. No. 32 )  Transcript Court Ordered (All Other Judges)(AP)**  Filed& Entered : 03/05/2014

*Docket Text:* Transcript & Notice regarding the hearing held on 11/05/2013. Pursuant to the new policy adopted by the Judicial Conference, transcripts are available for inspection

-5-

only at the Office of the Clerk or may be purchased from the court transcriber. [Please see the courts website for contact information for the Transcription Service Agency]. (RE: related document(s) Hearing Held (Case Owned AP)). Notice of Intent to Request Redaction Due By 03/12/2014. Redaction Request Due By 03/26/2014. Redacted Transcript Submission Due By 04/7/2014. TRANSCRIPT ACCESS WILL BE ELECTRONICALLY RESTRICTED THROUGH 06/3/2014 AND MAY BE VIEWED AT THE OFFICE OF THE CLERK. (Writers Cramp, Inc) Additional attachment(s) added on 3/11/2014 (sld).


26) **(Dkt. No. 33)    BNC Certificate of Mailing with Notice of Filing of Official Transcript (AP)**         Filed: 03/08/2014 *Entered:* 03/09/2014

*Docket Text:* BNC Certificate of Mailing with Notice of Filing of Official Transcript (AP) Notice Date 03/08/2014. (Admin.)


27) **( Dkt. No. 34 ) Court's Certificate of Mailing**     Filed: 03/11/2014

*Docket Text:* Court's Service List (RE: related document(s)32 Transcript Court Ordered (All Other Judges)(AP)) (sld)


28) **( Dkt.. No. 35) BNC Certificate of Mailing with  Application/Notice/Order**

Filed: 03/13/2014*Entered:* 03/14/2014

*Docket Text:* BNC Certificate of Mailing with Application/Notice/Order Notice Date 03/13/2014. (Admin.)


29)     (Dkt. **No. 36 ) Opinion/Decision** for External Web Page

Filed: 06/19/2014  *Terminated:* 06/19/2014

*Docket Text:* Decision after Trial that for all of the foregoing reasons, this Court finds that the Plaintiffs have proved that the Debtors actions were willful and malicious within the meaning of 11 U.S.C. § 523(a)(6). Accordingly, the Plaintiffs awards against the Debtor in the amounts set forth in the State Courtjudgment are nondischargeable. The Court shall enter judgment in favor

of the Plaintiffs forthwith. (RE: related document(s)! Complaint filed by Plaintiff Elliot Zaretsky). Signed on 6/19/2014 (sld)

30)    **(Dkt. No. 37 )    Judgment**    *Filed & Entered:*: 06/19/2014

*Docket Text:* Judgment that Pursuant to the Courts Decision After Trial, dated June 19, 2014, JUDGMENT is hereby entered in favor of the Plaintiffs. The full amount of the judgment-debt described in the Decision After Trial is hereby excepted from discharge under 11 U.S.C. § 523(a)(6). (RE: related document(s)36 Decision After Trial for External Web Page). Signed on 6/19/2014 (sld)

31)    **(Dkt. No. 39 ) Motion to Reconsider**    *Filed & Entered:*    : 07/03/201 *Terminated:* 11/07/2014

*Docket Text:* Motion to Reconsider, *Alter or Amend Judgment and Decision After Trial dated June 19, 2014* Filed by Ahron Berlin (RE: related document(s)36 Opinion/Decision for External Web Page, 37 Judgment), (mem)

32)    **( Dkt. No. 40 ) Order to Schedule Hearing** *Filed & Entered:*: 09/11/2014 (Generic)

*Docket Text:* Order to Schedule Hearing. Hearing scheduled for 11/5/2014 at 09:30 AM at Courtroom 860 (Judge Grossman), CI, NY. Movant shall serve a copy of this Order, the Notice of Motion and Motion by regular mail upon the Plaintiffs and counsel to the Plaintiffs on or before September 16, 2014. If objections, if any, to the relief requested in the Motion shall be served upon the Movant and filed with the Court on or before October 29, 2014. Movant shall file an affidavit of service with the Court on or before September 22, 2014. (RE: related document(s)39 Motion to Reconsider filed by Defendant Ahron Berlin). Signed on 9/11/2014. (sld)

33)    **(Dkt. No. 41)    Letter**    *Filed & Entered:*: 09/18/2014

*Docket Text:* Letter Filed by Ahron Berlin (RE: related document(s)40 Order to Schedule Hearing (Generic)) (amh)

34) **(Dkt. No. 43 ) Motion to Withdraw as Attorney**    *Filed & Entered* 10/27/2014

*Docket Text:* Motion to Withdraw as Attorney Filed by Michael A Miranda on behalf of Maxi-Aids, Inc., Elliot Zaretsky, Harold Zaretsky, Shirley Zaretsky. Hearing scheduled for 11/5/2014 at 09:30 AM at Courtroom 860 (Judge Grossman), CI, NY. (Miranda, Michael)

35)  **( Dkt. No. 44 ) Declaration**        *Filed & Entered* 10/27/2014

*Docket Text:* Declaration re: Filed by Michael A Miranda on behalf of Maxi-Aids, Inc., Elliot
Zaretsky, Harold Zaretsky, Shirley Zaretsky (RE: related document(s)43 Motion to Withdraw as
Attorney filed by Plaintiff Maxi-Aids, Inc., Plaintiff Elliot Zaretsky, Plaintiff Harold Zaretsky,
Plaintiff Shirley Zaretsky) (Attachments: # j Exhibit) (Miranda, Michael)


36)  **(Dkt. No. 46 )        Objection**        *Filed & Entered* 10/29/2014

*Docket Text:* Objection *of the Plaintiffs to Motion of Defendant to Reconsider, Alter or
Amend Judgment* Filed by Brian J Hufnagel on behalf of Maxi-Aids, Inc., Elliot Zaretsky,
Harold Zaretsky, Shirley Zaretsky (RE: related document(s)39 Motion to Reconsider filed by
Defendant Ahron Berlin) (Attachments: # 1 Exhibit 1 - Decision after Trial # 2 Exhibit 2 -
State Court Judgment # 3 Exhibit 3 - Bankruptcy Court Judgment # 4 Exhibit 4 - Federal
Complaint) (Hufnagel, Brian)

37)    **(Dkt. No. 47) Affidavit/Certificate of Servic**    *Filed & Entered* 10/30/2014

*Docket Text:* Affidavit/Certificate of Service Filed by Brian J Hufnagel on behalf of Maxi-Aids,
Inc., Elliot Zaretsky, Harold Zaretsky, Shirley Zaretsky (RE: related document(s)46 Objection
filed by Plaintiff Maxi-Aids, Inc., Plaintiff Elliot Zaretsky, Plaintiff Harold Zaretsky, Plaintiff
Shirley Zaretsky) (Hufnagel, Brian)


38)  **(Dkt. No. 48)  Affidavit in Support**        *Filed & Entered* 10/30/2014

*Docket Text:* Defendants Reply in Support *of motion to reconsider alter or amend Judgement*
Filed by Ahron Berlin (RE: related document(s)39 Motion to Reconsider filed by Defendant
Ahron Berlin) (amh) Modified on 11/4/2014 (amh).


39)  **(Dkt. No. 49)  Order on Motion to Reconsider**    11/07/2014

*Docket Text:* Order Denying Motion To Reconsider in its entirety. (Related Doc # 39)
Signed on 11/7/2014. (sld)


40) (Dkt. No. 50)  Notice of Appeal        11/20/2014

*Docket Text:* Notice of Appeal to District Court. . Fee Amount $298 Filed by Ahron Berlin (RE: related document(s)36 Opinion/Decision for External Web Page, <u>37</u> Judgment). Appellant Designation due by 12/4/2014. (mem

41)  **( Dkt. No. 51)  notice of Appeal**          11/20/2014

*Docket Text:* Notice of Appeal to District Court. . Fee Amount $298 Filed by Ahron Berlin (RE: related document(s)49 Order on Motion to Reconsider). Appellant Designation due by 12/4/2014. (mem)

42) The record will include all the  transcripts, documents stipulated, and  admitted and agreed during the deposition. As well as items submitted to the Court during trial.

## STATEMENT OF ISSUES ON APPEAL

1. Did the Court err in denying the motion to reconsider of appellant that the Court overlooked the law in making a finding of willful and malicious intent, by wrongly applying the principles of collateral estoppel, res judicata, and rooker feldman.

2. Did the Court err in denying the motion to reconsider of appellant where the Court had a duty to protect and discharge the debtor/appellant, especially where fraud, perjury and manifest injustice was alleged.

3. Did the Court err in denying the motion to reconsider of appellant where the Court had relied on perjured and false testimony of appelle during trial, and appellant was denied a chance to present such evidence.

RESPECTFULLY SUBMITTED

Dated: December 4, 2014

AHRON BERLIN